# UNITED STATES DISTRICT COURT
## District of Minnesota

Cristina Bustos Moreno

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01450-PJS-DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for a writ of habeas corpus [ECF No. 1] is GRANTED IN PART.
2. Respondents must release petitioner from custody by 6:00 pm on Tuesday, March 10, 2026. If petitioner is not in Minnesota, respondents must first return petitioner to Minnesota before releasing her.

Date: 3/9/2026

KATE M. FOGARTY, CLERK